# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case No. 08-40791-MSH |
| DAVID AND BETSY FULLER, ) | |
| ) | |
| Debtors. ) | |
| ) | |

## ORDER ON MOTION FOR RECONSIDERATION OF
## ORDER GRANTING RELIEF FROM STAY

For the reasons set forth in the Memorandum of Decision issued today, the Debtors' Motion for Reconsideration [# 88] of my Order [# 86] granting [# 62] Ocwen Loan Servicing, LLC's Motion for Relief from the Automatic Stay is hereby GRANTED.

Dated: August 31, 2010

By the Court,

*(signature)*

Melvin S. Hoffman
U.S. Bankruptcy Judge